AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Ellen M. McCurdy,
Plaintiff

v.

United States of America,
Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04-12460-RWZ

TO: (Name and address of Defendant)

United States Attorney's Office
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ellen M. McCurdy, pro se
P.O. Box 36
North Scituate, Massachusetts
02060

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  11-22-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 7, 2005 |
| NAME OF SERVER (PRINT) Ellen McCurdy | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent via certified mail
7001 1140 0001 6157 1946

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb. 7, 2005
Date

Ellen M McCurdy
Signature of Server

PO Box 36, N. Scituate, Mass. 02060
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.