

Ellen M. McCurdy
P.O. Box 36
North Scituate
Massachusetts 02060

FILED
IN CLERK'S OFFICE
2005 FEB 14
U.S. DISTRICT COURT
DISTRICT OF MASS

7 February 2005

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts  02210

In Re: Summons in a Civil Action
United States District Court
District of Massachusetts
Boston, Massachusetts
Case Number 04-12460 RWZ

Signature Confirmation: 2301 0370 0000 3097 5688

Dear Office of the Clerk:

Enclosed please find the three original Summons documents with Return of Service for the above named case.

Thank you.

Sincerely,

Ellen M. McCurdy, pro se



```
***** WELCOME TO *****
NORTH WEYMOUTH POST OFFICE
   N. WEYMOUTH, MA  02191-1416
       02/07/05 04:23PM

Store  USPS        Trans    179
Wkstn  sys5002     Cashier  B4MQDC
Cashier's Name     Joseph
Stock Unit Id      SIAJOEJ
PO Phone Number    781-335-2318
USPS #             2407980191

1. First Class                  0.83
   Destination:      20220
   Weight:           2.10 oz.
   Postage Type:     PVI
   Total Cost:       0.83
   Base Rate:        0.83
2. Priority Mail                5.65
   Destination:      30308
   Weight:           5.00 oz.
   Postage Type:     PVI
   Total Cost:       5.65
   Base Rate:        3.85
           SERVICES
   Signature Conf (retail) 1.80
      23010370000030983850
3. Priority Mail                8.60
   Destination:      20530
   Weight:           1 lb. 0.20 oz.
   Postage Type:     PVI
   Total Cost:       8.60
   Base Rate:        4.55
           SERVICES
   Certified Mail           2.30
      70011140000161564061
   Rtn Recpt (Green Card)   1.75
4. Priority Mail                8.00
   Destination:      02210
   Weight:           1 lb. 0.20 oz.
   Postage Type:     PVI
   Total Cost:       8.00
   Base Rate:        3.95
           SERVICES
   Certified Mail           2.30
      70011140000161571946
   Rtn Recpt (Green Card)   1.75
5. Priority Mail                8.60
   Destination:      20220
   Weight:           1 lb. 0.10 oz.
   Postage Type:     PVI
   Total Cost:       8.60
   Base Rate:        4.55
           SERVICES
   Certified Mail           2.30
      70011140000161571953
   Rtn Recpt (Green Card)   1.75

Subtotal                       31.68
Total                          31.68

Cash                           42.00
Change Due
   Cash                        10.32

Number of Items Sold: 5

           Thank You
       Please come again!
```

Certified Mail Receipts:

1. Sent To: Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, D.C. 20530 — Total Postage & Fees $8.60 — 02/07/05 — 04-12460RWZ

2. Sent To: U.S. Attorney, US Courthouse, 1 Courthouse Way Suite 9200, Boston, Mass. 02210 — Total Postage & Fees $8.00 — 02/07/05 — 04-12460RWZ

3. Sent To: Internal Revenue Service, 1500 Pennsylvania Ave NW, Washington D.C. 20220 — Total Postage & Fees $8.60 — 02/07/05 — 04-12460RWZ