IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELLEN M. MCCURDY, | ) |
| | ) |
|     Appellant, | ) |
| | ) |
|     v. | )  Civil No. 04-12460-RWZ |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
|     Appellee. | ) |

UNITED STATES' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

The United States of America, by its undersigned counsel, moves to dismiss appellant's action on the grounds that appellant has failed to state a claim upon which relief can be granted. A memorandum in support of this motion is being filed contemporaneously with this motion. Pursuant to Local Rule 7.1, counsel for the United States left a voice mail message for the pro se appellant indicating our intention to file this motion.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

4/7/05 - Lydia Bottome Turanchik

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

Ellen M. McCurdy
Post Office Box 36
Scituate, Massachusetts 02060