UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELLEN MCCURDY
         Plaintiff

                                                CIVIL ACTION

V.
                                                NO. 04-12460-RWZ

UNITED STATES OF AMERICA
         Defendant

## JUDGMENT

ZOBEL, D. J.

In accordance with the MEMORANDUM OF DECISION entered 6/8/05;

JUDGMENT is entered DISMISSING the complaint.

                                                By the Court,


6/9/05                                          s/ Lisa A. Urso
Date                                            Deputy Clerk